CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
ROBERT A. CRAIG, III,         :        Civil No. 09-6513 (RMB)
                              :
          Petitioner,         :
                              :
     v.                       :        ORDER
                              :
DONNA ZICKEFOOSE,             :
                              :
          Respondent.         :
                              :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this **15th** day of **January 2010**,

**ORDERED** that, within 20 days of the date of entry of this Order, Petitioner shall either pay the $5.00 filing fee or submit application to proceed in forma pauperis; and it is further

**ORDERED** that the Petition is **DISMISSED** without prejudice for failure to exhaust administrative remedies; and it is further

**ORDERED** that Petitioner's motion [docket entry #2] for a preliminary injunction and telephone conference is **DENIED** as moot; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, together with a blank application to proceed in forma pauperis in a habeas case, and shall close the file.

                                            s/Renée Marie Bumb
                                            **RENÉE MARIE BUMB**
                                            **United States District Judge**