CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROBERT A. CRAIG, III, | : | Civil No. 09-6513 (RMB) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| DONNA ZICKEFOOSE, | : | |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **14th** day of **July 2010**,

**ORDERED** that Petitioner's motion [Docket Entry #5] to alter or amend the judgment and motion [Docket Entry #7] to order the BOP to respond are **DENIED**; and it is further

**ORDERED** that the Amended Petition [Docket Entry #6] is **DISMISSED AS MOOT**; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall close the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**